IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02199-RPM

SONNENALP REAL ESTATE, LLC,

        Plaintiff,

v.

TIMOTHY C. PARKS;
4246 COLUMBINE DRIVE, LLC, a Colorado Limited Liability Company;
STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation;
GEORG ANN ROGERS; and
JESS ROGERS,

        Defendants.
_____

ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE
_____

On May 16, 2008, Magistrate Judge Michael E. Hegarty filed his recommendation on the plaintiff's Motion for Award of Attorneys' Fees and Costs. Upon review of the file, the Court adopts the findings and conclusions contained in that recommendation and incorporates them by this reference. Accordingly, it is

ORDERED that the plaintiff is awarded attorneys' fees of $4,080.00 and costs of $827.13 from the funds deposited with the court in this interpleader action.

DATED: June 3rd, 2008

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior Judge