IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02199-RPM-MEH

SONNENALP REAL ESTATE, LLC,

    Plaintiff,

v.

TIMOTHY C. PARKS;
4246 COLUMBINE DRIVE, LLC, a Colorado limited liability company;
STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation;
GEORG ANN ROGERS; and
JESS ROGERS;

    Defendants.

---

## ORDER FOR DISMISSAL WITH PREJUDICE
---

THIS MATTER, coming before the Court upon the Joint Motion for Dismissal with Prejudice executed by counsel for Plaintiff and by counsel for Defendants, and the Court having reviewed the Joint Motion and being fully advised; it is

ORDERED that all claims which were brought and all claims arising out of the captioned matter which could have been brought between Plaintiff and Defendant are hereby dismissed WITH PREJUDICE, each party to pay their own costs and fees, with the exception of State Farm Fire and Casualty Company paying $4,907.13 of Plaintiff's costs and fees. It is

FURTHER ORDERED that the funds remaining in the Court's registry will be disbursed to State Farm Fire and Casualty Company.

DATED this 31st day of July, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge